THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* REGINALD THOMAS, Appellant.

Submitted March 10, 1943; decided June 18, 1943.

*Sidney Schreiberg* and *Samuel A. Neuburger* for appellant.

*Frank S. Hogan*, District Attorney (*Stanley H. Fuld* and *Francis C. Leffler* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.